IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MISTI PAPALIOS, | : |
| Plaintiff(s), | : |
| | Case No. 3:23-CV-112 |
| - vs - | : |
| | District Judge Thomas M. Rose |
| | : |
| HUBER HEIGHTS CITY SCHOOL DISTRICT BOARD OF EDUCATION et al., | |
| | : |
| Defendant(s). | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of overseeing the mediation process. Mediation is requested to be scheduled for end of September or early October 2023.

Dated: August 29, 2023             s/Thomas M. Rose

                                   Thomas M. Rose, Judge
                                   United States District Court