# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MISTI PAPALIOS, | : | Case No. 3:23-cv-112 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| HUBER HEIGHTS CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF REFERENCE

This case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation. Mediation is requested to be scheduled for end of September or early October 2023. Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Thomas M. Rose whether or not it has resulted in settlement of this case.

**IT IS SO ORDERED.**

September 7, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator